Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00202-RAJ |
| Plaintiff, | |
| v. | ORDER |
| TOD EDWIN BOHLMANN, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On June 5, 2008, Defendant Tod Edwin Bohlmann was indicted and an arrest warrant was issued. (Dkt. Nos. 1, 3.) On October 6, 2008, the Court entered the Government's proposed Order of Dismissal of Indictment, and the arrest warrant was returned unexecuted based upon entry of the Order of Dismissal. (Dkt. Nos. 5, 6.)

On February 4, 2022, the Court ordered the Government to show cause why this case should be maintained under seal (Dkt. No. 7). The Government did not respond. As the charges in this case have been dismissed, the Court hereby DIRECTS the Clerk to unseal this case.

DATED this 4th day of March, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1